**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMAURYS HERNANDEZ,

               Petitioner,               23 **CIVIL** 7775

    -against-               **JUDGMENT**

UNITED STATES OF AMERICA,

               Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2024, the Court has adopted the Report and Recommendation, and, for the reasons therein, the petition is dismissed with prejudice. In addition, because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 2 8 U.S. C. § 2253. Moreover, the Court certifies that any appeal from the Order would not be taken in good faith, as petitioner's claim lacks any arguable basis in law or fact, and therefore permission to proceed in forma pauperis is also denied. See 28 U.S.C. § 1915(a) (3); Neitzke v. Williams, 490 U.S. 319, 325 (1989).

**Dated:** New York, New York
       September 19, 2024

                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

               **BY:**      *K. Mango*
                                              **Deputy Clerk**